HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED

OCT 03 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No(s). 1:12-cr-00174-1 DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND [PROPOSED] ORDER APPOINTING CJA PANEL COUNSEL** |
| JERRY KHATTHAVONG, | ) Hearing: 10/10/19 |
| Defendant. | ) Time: 2:00 p.m. |
|  | ) Ctrm: 8 |
|  | ) Judge: Hon. Barbara A. McAuliffe |

Defendant, Jerry Khatthavong, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has a conflict.

Attached is Mr. Khatthavong's Financial Affidavit as evidence of his inability to retain counsel. On January 13, 2014, defendant pled guilty to Count 1 of the Superseding Indictment, namely, 21 U.S.C. Sections 841(a)(1), (b)(1)(B) – Possession with Intent to Distribute and/or Distribution of Methamphetamine (Doc. 40). On March 24, 2014, defendant was sentenced to 87 months custody, special assessment of $100.00, and 48 months supervised release under the standard and special conditions.

On October 1, 2019, a Petition for Violation of Supervised Release was filed, and Mr. Khatthavong is summons to appear in court on October 10, 2019 at 2:00 p.m. in Courtroom No. 8 before the Honorable Barbara A. McAuliffe (Doc. 54). Prior counsel, Katherine Hart has retired. It is therefore, respectfully recommended that CJA Panel Counsel be promptly appointed.

Dated: October __2__, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: October 3, 2019

_____
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge